IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ORESTES J. FERRER,

     Appellant,

v.

TRULY NOLEN OF AMERICA,
INC. AND CRAWFORD &
COMPANY,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5178

_____/

Opinion filed March 20, 2017.

An appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: December 8, 2010.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Janet M. Greene of Janet M. Greene, P.A., Tampa, for Appellees.


PER CURIAM.

In this workers' compensation appeal, Appellant challenges an order of the

Judge of Compensation Claims (JCC) awarding a statutory guideline attorney's fee

as set forth in section 440.34(1), Florida Statutes (2010).  On remand pursuant

to <u>Castellanos v. Next Door Co.,</u> 192 So. 3d 431 (Fla. 2016), we affirm the attorney fee and cost order of October 8, 2014, on the basis of the JCC's alternate ruling. Competent, substantial evidence exists to support the JCC's alternative finding in support of the fee awarded. Appellant failed to satisfy his burden of proof regarding the requested attorney's fees. Specifically, Appellant failed to introduce evidence delineating the attorneys within the subject law firm who worked the hours claimed in the Verified Petition for Attorney Fees and/or to establish the appropriate hourly rate for the attorney hours expended.

AFFIRMED.

WOLF, ROWE, and M.K. THOMAS, JJ., CONCUR.